**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARY JANE WHALEN, individually and on
behalf of all others similarly situated

                Plaintiff,

   - against -                               **JUDGMENT**
                                               CV 14-7006 (JS)(ARL)

MICHAEL STORES, INC.

                Defendant.
----------------------------------------------------------------X

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on December 28, 2015, granting Defendant's motion to dismiss, dismissing Plaintiff's claims without prejudice, and directing the Clerk of Court to mark this matter as closed, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendant; that Defendant's motion to dismiss is granted; that Plaintiff's claims are dismissed without prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
           January 8, 2016

                                                               DOUGLAS C. PALMER
                                                                CLERK OF THE COURT

                                            BY:   /S/ JAMES J. TORITTO
                                                         DEPUTY CLERK